UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MOHAMED KHALED SAKR,

Defendant.

24-CR-42-LJV-MJR
DECISION & ORDER

---

1. On April 24, 2024, the defendant, Mohamed Khaled Sakr, pleaded guilty to Count 1 of the Information charging a violation of Title 18, United States Code, Section 1349 (conspiracy to commit wire fraud). Docket Item 28.

2. On April 24, 2024, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 30.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 30), the plea agreement (Docket Item 28), the information (Docket Item 26), a transcript of the plea proceeding (Docket Item 32), and the applicable law. This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of Count 1 of the Information.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's April 24, 2024 Report & Recommendation, Docket Item 30, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Mohamed Khaled Sakr is now adjudged guilty under Title 18, United States Code, Section 1349.

SO ORDERED.

Dated: ~~June~~ July 3, 2024
Buffalo, New York

LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE